1  Keith M. White # 188536
   **DOWLING, AARON & KEELER, INC.**
2  8080 North Palm Avenue, Third Floor
   Fresno, California 93711
3  Tel: (559) 432-4500
   Fax: (559) 432-4590
4

5  Attorneys for Defendant TIMES SQUARE HOLDINGS, LLC

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  KELLI LOSORWITH, | Case No. 1:10-cv-01364-LJO-SMS |
| 12            Plaintiff, | |
| 13  v. | **STIPULATION AND ORDER** |
| 14  BORUNDA INCORPORATED, DBA PLAZA VENTANA, TIMES SQUARE | |
| 15  HOLDINGS, LLC, | |
| 16            Defendants. | Complaint Filed: May 14, 2010 |

       IT IS STIPULATED by and between Plaintiff, KELLI LOSORWITH, and Defendants BORUNDA INCORPORATED dba PLAZA VENTANA and TIMES SQUARE HOLDINGS, LLC, through their respective counsel, that the Initial Scheduling Conference scheduled for Tuesday, October 26, 2010 be continued to December 6, 2010 at 9:30 a.m. to afford the parties additional time to resolve this matter.  The parties are diligently working toward that goal with the hope to avoid burdening the Court and counsel with appearances, the scheduling conference report, or the scheduling conference.

///

       Furthermore, the parties hereby stipulate to extend the time for a responsive

**[PROPOSED] STIPULATION AND ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

1  pleading to November 29, 2010 for the same reasons addressed above.

2

3  Dated:  October 19, 2010					MOORE LAW FIRM, P.C.

4

5							By: /s/Tanya Levinson Moore____
							    Tanya Levinson Moore
6							    Attorneys for Plaintiff, KELLI
							    LOSORWITH
7

8

9  Dated:  October 19, 2010					DOWLING, AARON & KEELER, INC.

10

11							By: /s/Keith M. White_____
							    Keith M. White
12							    Attorneys for Defendant TIMES SQUARE
							    HOLDINGS, LLC
13

14

15  Dated:  October 19, 2010					GREENBERG TAURIG, LLC

16

17							By: /s/Marc B. Koenigsberg_____
							    Marc B. Koenigsberg
18							    Attorneys for Defendant BORUNDA
							    INCORPORATED dba PLAZA
19							    VENTANA

20  IT IS SO ORDERED.

21

22  Dated:   October 20, 2010			          /s/ Sandra M. Snyder
						UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27


28