UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLI LOSORWITH,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>BORUNDA INCORPORATED,<br>et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　/ | CASE NO. CV F 10-1364 LJO SMS<br><br>**ORDER AFTER SETTLEMENT** |

　　　　Plaintiff's counsel notified this Court that settlement has been reached. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than January 6, 2011,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

　　　　This Court VACATES all pending dates and matters, including the December 6, 2010 scheduling conference.

　　　　Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272. **This Court specifically ADMONISHES plaintiff's counsel to pursue diligent dismissal of this action, especially given failure to do so in other cases before this Court to require Court staff to devote undue time and resources to obtain dismissal.**

　　　　IT IS SO ORDERED.

**Dated:　December 6, 2010**　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE