Tanya Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA  95112
Telephone (408) 271-6600
Facsimile (408) 298-6046

Attorneys for Plaintiff
Kelli Losorwith

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLI LOSORWITH, | No.  1:10-CV-01364-LJO-SMS |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | |
| BORUNDA INCORPORATED dba PLAZA VENTANA, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties who have appeared in this action, by and through their respective counsel, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action be and hereby is dismissed with prejudice in its entirety.

Date: December 22, 2010                                    MOORE LAW FIRM, P.C.


                                                                          /s/Tanya Moore
                                                                          Tanya Moore
                                                                          Attorneys for Plaintiff

*Losorwith v. Borunda, et al.*
Stipulation for Dismissal

Page 1

1  Date: December 22, 2010                    GREENBERG TAURIG, LLP

                                              /s/ Marc B. Koenigsberg
                                              Marc B. Koenigsberg,
                                              Attorneys for Defendant Borunda Inc.
                                              dba Plaza Ventana

   Date:  December 21, 2010                   DOWLING, AARON & KEELER, INC.


                                              /s/ Keith M. White
                                              Keith M. White, Attorneys for Defendant
                                              Times Square Holding, Inc.

## **ORDER**

    The parties having so stipulated,

    IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

The Clerk of the Court is directed to close this action in its entirety.


    Dated: December 22, 2010          /s/ Lawrence J. O'Neill
                                      United States District Court Judge

*Losorwith v. Borunda, et al.*
Stipulation for Dismissal